**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SCOTT BOYD, individually and on behalf all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | **CASE NO. 1:22-cv-00825-LY** |
| v. | ) ) | |
| PUBLIC EMPLOYEES CREDIT UNION | ) ) | |
| Defendant. | ) ) ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

The Court, having considered Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards (the "Motion"), the supporting memorandum, and noting that no opposition has been filed to the Motion by defendant or any Settlement Class Member, finds and orders as follows:

1. The attorneys' fees of $190,000 requested are presumptively reasonable as they represent less than 10% of the settlement value.

2. The summary lodestar crosscheck confirms the reasonableness of the attorneys' fees requested.

3. The $605.00 in requested costs and expenses, for which reimbursement is included in the $190,000 requested, are reasonable and were necessary for the prosecution of this case.

1

4. A service award of $1500 to the Class Representative is reasonable and warranted for the work done by Plaintiffs on behalf of the Class in this case.

As the requested attorneys' fees, expenses, and service awards are reasonable, and there being no objection to them, the Motion is hereby GRANTED. Plaintiffs' counsel are awarded $190,000 in combined attorneys' fees and expenses, and the Class Representatives is awarded $1500 as a service award.

ORDERED this 9th day of June , 2023.

_____
UNITED STATES DISTRICT JUDGE